## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Pascual, *Individually and on Behalf of All Others Similarly Situated*, | Case No. 18-CV-0047 (SRN/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| Buffalo Wild Wings, Inc., et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed by the Plaintiff herein [Doc. No. 16], and upon all of the files, records, and proceedings in this matter, the Court orders this case to be dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 14, 2018         s/Susan Richard Nelson
                                  SUSAN RICHARD NELSON
                                  United States District Judge